

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

FILED

Apr 02 2026

ARTHUR JOHNSTON, CLERK

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**OSCAR PAZ-ARTELA, # A 240-760-912**                              **PETITIONER**

**VERSUS**                              **CIVIL ACTION NO. 5:26cv161-DCB-BWR**

**WARDEN, ADAMS COUNTY
CORRECTIONAL CENTER; NEW
ORLEANS FIELD OFFICE DIRECTOR;
IMMIGRATION AND CUSTOMS
ENFORCEMENT; TODD M. LYONS;
KRISTI NOEM; and PAMELA JO BONDI**                              **RESPONDENTS**

## ORDER REQUIRING PETITIONER TO RESPOND

This matter is before the Court *sua sponte*.   *Pro se* Petitioner Oscar Paz-Artela is an alien detainee in the custody of the Department of Homeland Security.   He filed a Petition [1] for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, but it was not signed under oath as required by 28 U.S.C. § 2242.   Rather, Petitioner's typed name appears under a declaration of oath, and the Petition was mailed in by a third party from out of state.   Since it appears the Petitioner did not verify the Petition, it is insufficient to invoke federal habeas jurisdiction. *Weaver v. Texas*, 441 F.2d 388, 389 n.1 (5th Cir. 1971).   Because the pleading does not conform to the statute, he shall be required to verify the Petition.

Accordingly, the Clerk of Court shall mail Paz-Artela a copy of the Petition.   No later than April 16, 2026, he shall sign the document under oath and file it with the Court.

**IT IS, THEREFORE, ORDERED** that, for the reasons stated above, the Clerk of Court shall mail *pro se* Petitioner Oscar Paz-Artela a copy of the Petition [1] along with a copy of this Order.   Petitioner shall sign the Petition under oath and file it with the Court **no later than April 16, 2026**.   Petitioner is warned that failure to timely comply with any Order of the Court

or to keep the Court informed of Petitioner's current address may result in the pleading being stricken and dismissal of this cause.

SO ORDERED, this the 2nd day of April, 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE